UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>      Plaintiff,<br><br>    vs.<br><br>C/O MUNOZ,<br><br>      Defendant. | 1:14-cv-01215-GSA-PC<br><br>ORDER DENYING REQUEST TO PROCEED WITH DISCOVERY AND SCHEDULE TRIAL<br>(Doc. 14.) |

      Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 4, 2014. (Doc. 1.) On August 22, 2014, Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 5.) On January 14, 2015, the court issued an order dismissing the Complaint for failure to state a claim, with leave to amend. (Doc. 10.) On January 28, 2015, Plaintiff filed the First Amended Complaint, which awaits the court's requisite screening. (Doc. 11.)

      On March 16, 2015, Plaintiff filed a request to proceed with discovery and schedule the trial for this action. (Doc. 14.) Plaintiff discusses his efforts to obtain records from the prison, and requests a form for issuance of a subpoena.

      Plaintiff is advised that the court will issue a scheduling order opening discovery after the complaint has been served and the defendant has filed an Answer to the complaint. At this

stage of the proceedings, Plaintiff's First Amended Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the complaint and finds that Plaintiff states cognizable claims. Therefore, it is not time for discovery in this action, and Plaintiff's request to proceed with discovery at this stage of the proceedings shall be denied.

Ordinarily, a trial is not scheduled in a case until after discovery has been completed and any pretrial dispositive motions have been resolved. Thus, it is premature to schedule a trial date for this action. Therefore, Plaintiff's request for a trial date shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request to commence discovery and schedule a trial date for this action, filed on March 16, 2015, is DENIED.

IT IS SO ORDERED.

Dated: **March 18, 2015**        /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE