# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O MUNOZ, et al,<br><br>　　　　Defendants. | Case No. 1:14-cv-01215-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRODUCTION OF EXHIBITS<br><br>(ECF NO. 17) |

Plaintiff Cruz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 22, 2015, Plaintiff filed a motion titled as "Motion For Production Exhibits/Evidence That Plaintiff Has Made His Attempt To Exhaust." In his motion, Plaintiff recounts the difficulties he is experiencing in assembling the documents necessary to establish that he exhausted his available administrative remedies prior to filing suit. Plaintiff requests that the Court not dismiss this action for failure to exhaust administrative remedies at this stage of the litigation.

Along with this order, the Court has entered an order dismissing the first amended complaint for failure to state a claim upon which relief could be granted, and granting Plaintiff leave to file a second amended complaint. Absent a concession from Plaintiff that he failed to exhaust his administrative remedies prior to filing suit, the Court will not address the issue until

1

such time as Defendants raise the issue in the appropriate motion. At this point in the litigation, there is no operative pleading. Until such time as the Court finds that Plaintiff states a claim for relief and Defendants have been properly served and have responded to the complaint, the issue of exhaustion is premature.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for production filed on October 22, 2015, is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **December 11, 2015**

UNITED STATES MAGISTRATE JUDGE

2